**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 07-1938

_____

BRENDA K. MONK,

Plaintiff - Appellant,

versus

MICHAEL J. ASTRUE, Commissioner of Social
Security,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Danville.   Jackson L. Kiser, Senior
District Judge.  (4:06-cv-00075-jlk)

_____

Submitted:  December 20, 2007      Decided:  December 26, 2007

_____

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Brenda K. Monk, Appellant Pro Se.  Joyce Marie Joiner Gordon,
SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania, Sara
Bugbee Winn, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke,
Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brenda K. Monk appeals the district court's order accepting the magistrate judge's recommendation and dismissing Monk's complaint pertaining to the denial of supplemental security income benefits for her daughter. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Monk v. Astrue</u>, No. 4:06-cv-00075-jlk (W.D. Va. Sept. 12, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>